# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 18-8883 FMO (MRWx)** | Date | **October 29, 2018** |
|---|---|---|---|
| Title | **Chenhui "Wayne" Luo v. Kaiyin Shan** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Re: Subject Matter Jurisdiction**

On October 15, 2018, plaintiff Chenhui Luo ("plaintiff") filed a Complaint against defendant Kaiyin Shan ("defendant") alleging slander <u>per se</u>, libel <u>per se</u>, intentional infliction of emotional distress, and civil harassment. (<u>See</u> Dkt. 1, Complaint at ¶¶ 24-44). Plaintiff alleges that the court has subject matter jurisdiction based on diversity of citizenship because plaintiff is a citizen of China and defendant is a citizen of the state of California. (<u>See</u> <u>id.</u> at ¶ 6). With respect to the amount in controversy, plaintiff makes the bare allegation that "the amount in controversy exceeds $75,000[,]" (<u>id.</u>), but the court has concerns as to whether the true amount in controversy meets the $75,000 threshold. <u>See</u> 28 U.S.C. § 1332(a).

"The party seeking to invoke the district court's diversity jurisdiction always bears the burden of both pleading and proving diversity jurisdiction." <u>Rainero v. Archon Corp.</u>, 844 F.3d 832, 840 (9th Cir. 2016) (quoting <u>NewGen, LLC v. Safe Cig, LLC</u>, 840 F.3d 606, 613-14 (9th Cir. 2016)). The Complaint's bare, conclusory allegation that "the amount in controversy exceeds $75,000[,]" (Dkt. 1, Complaint at ¶ 6), does not satisfy plaintiff's burden to "both plead[] and prov[e] diversity jurisdiction." <u>See</u> <u>Rainero</u>, 844 F.3d at 840.

Based on the foregoing, IT IS ORDERED that no later than **November 9, 2018**, plaintiff shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. Specifically, plaintiff shall file a First Amended Complaint addressing the deficiencies noted above. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice for lack of subject matter jurisdiction.**

| 00 | : | 00 |
|---|---|---|
| Initials of Preparer | | vdr |